PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED

JAN 20 2009

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

## for the

### DISTRICT OF MINNESOTA

### United States v. Lee Douglas Stagni

### Docket No.  0:06CR00010-002(ADM)

### Petition on Supervised Release

COMES NOW Amy E. West, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lee Douglas Stagni who was sentenced for Aiding and Abetting Tax Evasion and Conspiracy to Defraud the United States, on April 11, 2007, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

      Financial disclosure
      Provide DNA
      No gambling
      Cooperate with Internal Revenue Service
      No employment with fiduciary responsibilities

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Lee Douglas Stagni is scheduled to be released from the custody of the Bureau of Prisons on December 14, 2009. In an effort to assist Lee Douglas Stagni in gaining and maintaining employment upon his release, it is requested the Court modify his conditions of supervision to include the District of Minnesota's employment condition. On December 19, 2008, Mr. Stagni reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following: If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

SCANNED

JAN 2 1 2009

U.S. DISTRICT COURT MPLS

Petition on Supervised Release                                      RE: **Lee Douglas Stagni**
Page 2                                                             Docket No. 0:06CR00010-002(ADM)

### ORDER OF THE COURT

Considered and ordered this _19th_ day of January, 2009, and ordered filed and made a part of the records in the above case.

_Honorable Ann D. Montgomery_
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_Amy E. West_
Senior U.S. Probation Officer
Telephone:        612-664-5415
Executed on      January 16, 2009
Place                  Minneapolis

☐  Order not executed.  Please contact me to discuss this matter further.

Approved:

_Julie M. Belt_
Supervising U.S. Probation Officer
Telephone:  612-664-5354